FILED

FEB 22 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PETER ARCOS, §<br>　　Plaintiff §<br>§<br>v. §<br>§<br>LIBERTY MUTUAL INSURANCE §<br>COMPANY, §<br>　　Defendant § | Civil Action No. 5:17-cv-01004-FB |

## AGREED FINAL TAKE-NOTHING JUDGMENT

This Court, having considered the Joint Motion for Entry of Agreed Final Take-Nothing Judgment filed by Plaintiff Peter Arcos and Defendant Liberty Insurance Corporation (*improperly sued as Liberty Mutual Insurance Company*), and having been advised that the underlying dispute between Plaintiff and Defendant has been fully and finally settled, is of the opinion that said Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff Peter Arcos take nothing on all his claims against Defendant Liberty Insurance Corporation. All costs of court are to be taxed against the party or parties incurring same.

All other relief not hereby granted is **DENIED**.

SIGNED this __22nd__ day of __February__, 2018.

FRED BIERY
UNITED STATES DISTRICT JUDGE

APPROVED for ENTRY as to SUBSTANCE and FORM:

KETTERMAN ROWLAND & WESLUND

By: *(signature)*
J. Scott Mechler
State Bar No. 24055952
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Tel: 210-490-7402
Fax: 210-490-8372
scott.mechler@krwlawyers.com

*Counsel for Plaintiff Peter Arcos*

LINDOW • STEPHENS • TREAT LLP

*(signature)*

By: _____
David R. Stephens
State Bar No. 19146100
Carol A. Jenson
State Bar No. 10648500
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
dstephens@lstlaw.com (e-mail)
cjenson@lstlaw.com (e-mail)

*Counsel for Defendant Liberty Insurance Corporation*

2